■ JWT GROUP, INC., et al., Respondents, v ATLANTIC MUTUAL INSURANCE COMPANY, Appellant and Third-Party Plaintiff-Appellant, and CONTINENTAL CASUALTY COMPANY, Respondent. NATIONAL UNION FIRE INSURANCE COMPANY, Third-Party Defendant-Respondent.—Order and judgment (one paper), Supreme Court, New York County (George Smith, J.), entered on July 15, 1985, unanimously affirmed for the reasons stated by George Smith, J., at Special Term. Those respondents submitting briefs shall recover of appellant one bill of $75 costs and disbursements of this appeal. Concur— Murphy, P. J., Sandler, Milonas, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ESTELLE LASK, Appellant.—Judgment, Supreme Court, New York County (Herman Cahn, J.), rendered on November 16, 1984, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Ross, J. P., Asch, Fein and Wallach, JJ.